UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WANDA HEARD BRONER, | : |
| Plaintiff, | : |
| vs. | : **CIVIL ACTION NO.** |
| | : **1:18-CV-3947-TCB** |
| CITY OF FOREST PARK, GEORGIA, et al | : |
| Defendants | : |

## **JUDGMENT**

The court, Honorable Timothy C. Batten, Sr., United States District Judge, by order of October 17, 2018, having dismissed this action pursuant to 28 U.S.C §1915(e), it is

**Ordered and Adjudged** that the plaintiff takes nothing and the action be, and the same hereby is **dismissed.**

Dated at Atlanta, Georgia, this 171th day of October, 2018.

James N. Hatten, Clerk

By: s/Robin Harlan
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 17, 2018
James N. Hatten, Clerk

By: s/Robin Harlan
    Deputy Clerk